# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GENE L. KITTINGER & SANDRA L. KITTINGER  Case Number: 04-74691
215 EAST 4TH STREET
BYRON, IL  61010

SSN-xxx-xx-4768 & xxx-xx-7062

Case filed on: 9/21/2004
Plan Confirmed on: 12/3/2004

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,388.64    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 021 | GENE L. KITTINGER | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 3,850.00 | 3,850.00 | 798.12 | 0.00 |
|  | Total Secured | 3,850.00 | 3,850.00 | 798.12 | 0.00 |
| 001 | CARLYLE AUTO SALES | 362.00 | 362.00 | 0.00 | 0.00 |
| 002 | SECURITY FINANCE | 241.79 | 241.79 | 0.00 | 0.00 |
| 003 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DELLA CROCE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FROST - ARNETT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFFORDABLE CASH ADVANCE | 217.50 | 217.50 | 0.00 | 0.00 |
| 008 | AMERICASH LOANS LLC | 371.79 | 371.79 | 0.00 | 0.00 |
| 009 | LLL CASH STORE | 139.29 | 139.29 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 297.22 | 297.22 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROYCE LOANS | 210.00 | 210.00 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WEXLER & WEXLER | 200.48 | 200.48 | 0.00 | 0.00 |
| 019 | ROYCE CHECK ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHECK IT | 149.04 | 149.04 | 0.00 | 0.00 |
|  | Total Unsecured | 2,189.11 | 2,189.11 | 0.00 | 0.00 |
|  | Grand Total: | 7,403.11 | 7,403.11 | 2,237.12 | 0.00 |

Total Paid Claimant:      $2,237.12
Trustee Allowance:         $151.52
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/30/2007        By  /s/Heather M. Fagan